UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3M INNOVATIVE PROPERTIES
COMPANY, *et al.*,

        Petitioners,

                                    Case No. 2:15-mc-50892

v.                                     District Judge Laurie J. Michelson

                                    Magistrate Judge Anthony P. Patti

GDC INCORPORATED, *et al.*,

        Respondents.

_____/

## **ORDER REQUIRING PETITIONER TO PROVIDE STATUS OF SERVICE ON RESPONDENT**

     Petitioner, FCA US LLC, filed this miscellaneous action in the Eastern District of Michigan on June 24, 2015, seeking an order quashing the subpoenas served by Respondent, GDC Incorporated, in District of Minnesota Case No. 2013-cv-01287, for depositions of non-parties to occur in the Eastern District of Michigan. (DE 1.) On July 6, 2015, this matter was referred to me pursuant to 28 U.S.C. § 636(b)(1)(a). (DE 2.)

     To date, the docket reflects that Respondent has not been served with notice of this action in the Eastern District of Michigan. Moreover, Petitioner's motion does not contain a certificate of service. It is unclear to this Court whether

Respondent has been served in this matter.  In the interest of efficiency, Petitioner is hereby **ORDERED** to provide the status of service over Respondent **ON OR BEFORE SEPTEMBER 4, 2015**.  Petitioner should also indicate whether it intends to proceed with this matter in the Eastern District of Michigan.

Finally, the docket reflects that Plaintiffs in the underlying action, 3M Innovative Properties Company and 3M Company, are appearing *pro se*.  To the extent Plaintiffs are corporations and will be appearing in this action, they are not entitled to appear *pro se* in federal court.  *United States v. 9.19 Acres of Land, More or Less, In Marquette Cnty., Mich.*, 416 F.2d 1244, 1245 (6th Cir. 1969) (concluding that "a corporation cannot appear otherwise than through an attorney" in federal court).

**IT IS SO ORDERED.**


Dated: August 19, 2015         s/Anthony P. Patti
                                               Anthony P. Patti
                                               UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 19, 2015, electronically and/or by U.S. Mail.

                                               s/ Michael Williams
                                               Case Manager for the
                                               Honorable Anthony P. Patti