UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3M INNOVATIVE PROPERTIES
COMPANY, *et al.*,

        Petitioners,

v.

Case No. 2:15-mc-50892
District Judge Laurie J. Michelson
Magistrate Judge Anthony P. Patti

GDC INCORPORATED, *et al.*,

        Respondents.

_____/

## **ORDER DENYING MOTION TO QUASH AS MOOT (DE 2)**

Petitioner, FCA US LLC, filed this miscellaneous action in the Eastern District of Michigan on June 24, 2015, seeking an order quashing the subpoenas served by Respondent, GDC Incorporated, in District of Minnesota Case No. 2013-cv-01287, for depositions of non-parties to occur in the Eastern District of Michigan. (DE 1.) On July 6, 2015, this matter was referred to me pursuant to 28 U.S.C. § 636(b)(1)(a). (DE 2.) On August 19, 2015, I requested that Petitioner provide a status report, which it timely filed on September 4, 2015. (DE 4.) In the status report, Petitioner indicated that the parties were able to reach a resolution in this matter and therefore the motion to quash could be "dismissed without

prejudice." (Id.) Accordingly, Petitioner's motion to quash is **DENIED WITHOUT PREJUDICE** as moot. (DE 1.)

IT IS SO ORDERED.

Dated: September 8, 2015

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 8, 2015, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti